UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD S. KOHLER, | No. C 12-3136 SI (pr) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| R. GROUNDS, Warden, | |
| Respondent. | |

Brad S. Kohler, an inmate at the Correctional Training Facility in Soledad, has filed a petition for writ of habeas corpus to challenge the sentence imposed upon his conviction in the Ventura County Superior Court. Ventura County lies within the venue of the Central District of California. The facility Kohler is incarcerated at is in Monterey County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Because the conviction occurred in the Central District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: July 19, 2012

SUSAN ILLSTON
United States District Judge